# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Northeast Ohio Coalition for the Homeless; Ohio Federation of Teachers; Ohio Alliance for Retired Americans; Union Veterans Council; and Civic Influencers, Inc., <br><br> *Plaintiffs*, <br><br> v. <br><br> Frank LaRose, in his official capacity as Ohio Secretary of State, <br><br> *Defendant*. | CASE NO. 1:23-cv-00026-DCN <br><br> JUDGE DONALD C. NUGENT <br><br> **REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND LR 16.3(b)** |

1. Pursuant to FED. R. CIV. P. 26(f) and LR 16.3(b), a meeting was held on February 28, 2023, and was attended by:

 Abha Khanna, counsel for all Plaintiffs;
 Donald J. McTigue, counsel for all Plaintiffs;
 Katie I. Street, counsel for all Plaintiffs;
 Daniel C. Osher, counsel for all Plaintiffs;
 Joel J. Ramirez, counsel for all Plaintiffs;
 Ian U. Baize, counsel for all Plaintiffs;

and

 Andrew D. McCartney, counsel for Defendant;
 Heather L. Buchanan, counsel for Defendant;
 Allison D. Daniel, counsel for Defendant;
 Ann Yackshaw, counsel for Defendant.

2. The parties:

    **x**    **have exchanged the pre-discovery disclosures required by FED. R. CIV. P. 26(a)(1) and the Court's prior order;**

    ____    will exchange such disclosures by _____;

3. The parties recommend the following track:

    ___ Expedited.    **x Standard (see description below)**    _____Complex

    ___ Administrative    ___Mass Tort

**The parties' proposed schedule, set forth below, is tailored to ensure that any judgment in Plaintiffs' favor can be implemented by election officials in advance of the March 19, 2024 primary election. In reaching agreement on this proposed schedule, the parties have agreed that each side may offer no more than two expert witnesses and may depose no more than eight fact witnesses (including any Rule 30(b)(6) representatives), and that Plaintiffs will not depose any Ohio elected officials.**

4. This case is suitable for one or more of the following Alternative Dispute Resolution (ADR) mechanisms:

    ___ Early Neutral Evaluation ___Mediation ___Arbitration

    ___ Summary Jury Trial    ___Summary Bench Trial

    **x Case not suitable for ADR**

5. The parties ___ do/ **x do not** consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

    (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

**Plaintiffs anticipate seeking discovery from Defendant relevant to (1) the degree to which various provisions of HB 45 and HB 458 individually and collectively make it more difficult for Ohioans to cast a ballot and have that ballot counted, and (2) any state interest Defendant claims prompted the legislation or justifies those burdens. This may include Defendant's communications with legislators, the Governor, or others regarding HB 45 and/or HB 458; analyses of HB 45 and/or HB 458's impact on voters; BMV records**

**relating to election-administration changes made by HB 45 and/or HB 458; records relating to claims of election fraud; and data reflecting voter behavior in prior elections (including but not limited to method of voting; the dates on which voters applied for, obtained, and returned mail ballots; the dates on which voters cast in-person ballots; the form of identification voters used when casting in-person ballots; and voters' efforts to cure their rejected mail ballots or provisional ballots).**

**Defendant anticipates seeking discovery from Plaintiffs relevant to (1) Plaintiffs' claims that they are injured by the challenged laws.**

>    (b) The parties (indicate one):
>
>    _____ agree that there will be no discovery of electronically-stored information; or
>
>    _____have agreed to a method for conducting discovery of electronically-stored information; or
>
>     **x**    **have agreed to follow the default standard for discovery of electronically- stored information (Appendix K to Northern District Ohio Local Rules)**
>
>    (c)   Non-expert discovery cut-off date: 6/30/23
>
>    (d)   Plaintiffs' expert reports due: 7/14/23
>       Defendant's expert reports due: 8/14/23
>       Expert Discovery cut-off: 9/1/23

7. Recommended dispositive motion dates:

   Parties' cross summary-judgment motions: 10/6/23
   Parties' responses in opposition to summary-judgment motions: 11/3/23
   Parties' summary-judgment replies: 11/13/23

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: 4/17/23

9. Recommended date for a Status Hearing: 9/4/23

10. Other matters for the attention of the Court: None.

Dated: March 17, 2023                                    Respectfully submitted,

                                                                      DAVE YOST
                                                                      Ohio Attorney General

| */s/ Donald J. McTigue* | */s/ Ann Yackshaw* |
|---|---|
| DONALD J. MCTIGUE (0022849) | ANDREW D. McCARTNEY (0099853)* |
| JOHN COREY COLOMBO (0072398) | *Counsel of Record* |
| KATELYN I. STREET (0102134) | JULIE M. PFEIFFER (0069762) |
| McTigue & Colombo LLC | HEATHER L. BUCHANAN (0083032) |
| 545 East Town Street | ANN YACKSHAW (0090623) |
| Columbus, OH  43215 | ALLISON D. DANIEL (0096186) |
| Telephone: (614) 263-7000 | Assistant Attorneys General |
| dmctigue@electionlawgroup.com | Constitutional Offices Section |
| | 30 E. Broad Street, 16th Floor |
| ABHA KHANNA* | Columbus, Ohio 43215 |
| Elias Law Group LLP | Tel: 614-466-2872 \| Fax: 614-728-7592 |
| 1700 Seventh Ave., Suite 2100 | Andrew.McCartney@OhioAGO.gov |
| Seattle, WA 98101 | Julie.Pfeiffer@OhioAGO.gov |
| Telephone: (206) 656-0177 | Heather.Buchanan@OhioAGO.gov |
| akhanna@elias.com | Ann.Yackshaw@OhioAGO.gov |
| | Allison.Daniel@OhioAGO.gov |
| DANIEL C. OSHER* | |
| JOSEPH N. POSIMATO* | *Counsel for Defendant* |
| JOEL J. RAMIREZ* | *Secretary of State Frank LaRose* |
| IAN U. BAIZE* | |
| Elias Law Group LLP | |
| 250 Massachusetts Ave. NW, Suite 400 | |
| Washington, DC 20001 | |
| Telephone: (202) 968-4518 | |
| dosher@elias.law | |
| jposimato@elias.law | |
| jramirez@elias.law | |
| ibaize@elias.law | |

*Attorneys for All Plaintiffs*

*Admitted pro hac vice