IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **NORTHEAST OHIO COALITION FOR THE HOMELESS, et al.,** | : : : | |
| *Plaintiffs,* | : : | Case No. 1:23-CV-26-DCN |
| v. | : : | JUDGE DONALD C. NUGENT |
| **OHIO SECRETARY OF STATE FRANK LaROSE,** | : : : | Magistrate Judge Jonathan D. Greenberg |
| *Defendant,* | : : | |
| and | : : | |
| **OHIO REPUBLICAN PARTY, SANDRA FEIX, AND MICHELE LAMBO,** | : : : | |
| *Intervenor-Defendants.* | : | |

**OHIO SECRETARY OF STATE'S NOTICE OF FILING DEPOSITION TRANSCRIPTS**

Now comes Defendant Ohio Secretary of State Frank LaRose, by and through counsel, and hereby gives notice of the filing of the deposition transcripts of:

1. William Attig, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Union Veterans Council (July 25, 2023)

2. Melissa Cropper, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Ohio Federation of Teachers (June 23, 2023)

3. Molly Martin, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Northeast Ohio Coalition for the Homeless (June 27, 2023)

4. Maxim Thorne, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Civic Influencers (June 27, 2023)

1

5. Norman Wernet, Fed. R. Civ. P. 30(b)(6) witness for Plaintiff Ohio Alliance for Retired Americans Educational Fund Inc. (June 26, 2023)

6. Sydney King, Fed. R. Civ. P. 30(b)(6) witness for third party Ohio Bureau of Motor Vehicles (July 28, 2023)

7. Jeff Hobday, Fed. R. Civ. P. 30(b)(6) witness for Defendant (June 30, 2023)

8. Willis Gordon (July 11, 2023)

9. Jeffrey A. Matthews (June 29, 2023)

10. Anthony Perlatti (July 14, 2023)

11. Dr. Kenneth Mayer, Plaintiffs' expert witness (Sept. 8, 2023)

12. Dr. Rocío Titiunik, Plaintiffs' expert witness (Aug. 30, 2023)

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Andrew D. McCartney*
 ANDREW D. McCARTNEY (0099853)*
*Counsel of Record*
JULIE M. PFEIFFER (0069762)
HEATHER L. BUCHANAN (0083032)
ANN YACKSHAW (0090623)
MICHAEL A. WALTON (0092201)
Assistant Attorneys General
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Andrew.McCartney@OhioAGO.gov
Julie.Pfeiffer@OhioAGO.gov
Heather.Buchanan@OhioAGO.gov
Ann.Yackshaw@OhioAGO.gov
Michael.Walton@OhioAGO.gov

*Counsel for Defendant Secretary of State Frank LaRose*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, the foregoing Notice of Filing of Deposition Transcripts was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*/s/ Andrew D. McCartney*
ANDREW D. McCARTNEY (0099853)
Assistant Attorney General